IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **JENNIFER STUBER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause Number: 3:12-cv-00152-JTM-CAN |
| | ) | |
| **EBERT MACHINE COMPANY, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Plaintiff Jennifer Stuber, by counsel, and Defendant Ebert Machine Company, Inc., by counsel, hereby stipulate that the above-entitled cause of action should be dismissed, with prejudice, costs paid.

| | |
|---|---|
| /s/Jeffrey A. Macey | /s/ Stephanie L. Cassman |
| Jeffrey A. Macey | Stephanie L. Cassman |
| Barry A. Macey | Theresa R. Parish |
| MACEY SWANSON AND ALLMAN | LEWIS WAGNER, LLP |
| 445 North Pennsylvania Street | 501 Indiana Avenue, Suite 200 |
| Suite 401 | Indianapolis, IN 46202 |
| Indianapolis, IN 46204-1800 | |
| | |
| Counsel for Plaintiff | Counsel for Defendant |